1  Arlo García Uriarte (S.B.N. 231764)
   Brent A. Robinson (S.B.N. 289373)
2  Liberation Law Group, P.C.
   2760 Mission Street
3  San Francisco, CA 94110
   brent@liberationlawgroup.com
4  (415) 695-1000 (office)
   (415) 695-1006 (facsimile)
5
   Counsel for Plaintiff
6  ERNIE RICARDO FERNANDEZ

7  Spencer C. Skeen, State Bar No. 182216
   spencer.skeen@ogletreedeakins.com
8  Ogletree, Deakins, Nash, Smoak. & Stew Art, P.C.
   4370 La Jolla Village Drive, Suite 990
9  San Diego, CA 92122
   Telephone: 858.652.3100
10 Facsimile: 858.652.3101

11 Becki D. Graham, State Bar No. 238010
   becki.graham@ogletreedeakins.com
12 Ogletree, Deakins, Nash, Smoak. & Stewart, P.C.
   Steuart Tower, Suite 1300
13 One Market Plaza
   San Francisco, CA 94105
14 Telephone: 415.442.4810
   Facsimile: 415.442.4870
15
   Counsel for Defendant
16 BRINK'S INCORPORATED

17

## IN THE UNITED STATES DISTRICT COURT

18

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

## OAKLAND DIVISION

20

| | |
|---|---|
| 21  ERNIE RICARDO FERNANDEZ, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No. 15-cv-02667-JSW |
| 22 | **Stipulation and Request to Continue Deadline to Submit Joint Status Report** |
| 23                                   Plaintiff, | |
| 24                   *Versus* | **[~~Proposed~~] Order** |
| 25  BRINK'S INCORPORATED, a Delaware Corporation, and DOES 1-5, | |
| 26                                   Defendants. | Hon. Jeffrey S. White, Presiding |

27

1   STIPULATION AND REQUEST TO CONTINUE DEADLINE

2   TO SUBMIT JOINT STATUS REPORT

3   IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff Ernie

4   Ricardo Fernandez, by his attorneys of record (hereinafter Plaintiffs), and Defendant

5   Brink's Incorporated, by its attorneys of record (hereinafter Defendant), that the following

6   Stipulation and Request may be entered as an Order by the Court to give effect to the

7   stipulations that follow:

8   WHEREAS, on August 25, 2015, the Court ordered this matter stayed, and ordered

9   the parties within 10 days of entry of an order on a motion for final approval in *Belew v.*

10   *Brink's Incorporated* (S.D.Cal. Case No. 14CV1748 JAH JLB)(hereinafter *Belew* Settlement)

11   to file a joint status report setting forth their positions on how this litigation should proceed;

12   (dkt. no. 27)

13   WHEREAS, on October 29, 2015, the Court in the *Belew* Settlement issued an order

14   granting final approval of the class action settlement;

15   WHEREAS, on November 5, 2015, Plaintiff and Defendant filed a stipulation and

16   request that the Court continue the deadline for the parties to file a joint status report from

17   November 9, 2015 to November 23, 2015, in order to allow the parties time to meet and

18   confer regarding the path forward in this matter; and

19   WHEREAS, Plaintiff and Defendant, having met and conferred, have agreed to

20   request a further continuance of the deadline for the parties to file a joint status report to

21   allow the parties sufficient time to explore settlement discussions through mediation;

22   THEREFORE, Plaintiff and Defendant request that the deadline for the parties to

23   file a joint status report be continued a further 90 days, from November 23, 2015, to

24   February 22, 2016.

25

26

27

LIBERATION LAW GROUP, P.C.

1   IT IS SO STIPULATED.

2

3   November 17, 2015                    LIBERATION LAW GROUP, P.C.

4

5                                        By: _____ /s/ Brent A. Robinson _____

6                                        BRENT A. ROBINSON

7                                        COUNSEL FOR PLAINTIFF

8

9   November 17, 2015    OGLETREE, DEAKINS, NASH, SMOAK. & STEWART, P.C.

10

11                                       By: _____ /s/ Becki D. Graham _____

12                                       BECKI D. GRAHAM

13                                       COUNSEL FOR DEFENDANT

14                          FILER'S ATTESTATION

15       Pursuant to Civil Local Rules, rule 5-1(i)(3), I attest under penalty of perjury that

16   concurrence in the filing of the document has been obtained from its signatory.

17

18   Dated: November 17, 2015       By: _____ /s/ Brent A. Robinson _____

19                        CERTIFICATE OF SERVICE

20       I hereby certify that this document(s) filed through the ECF system will be sent

21   electronically to the registered participants as identified on the Notice of Electronic Filing

22   (NEF) and paper copies will be sent to those indicated as non-registered participants on

23   November 17, 2015.

24

25   Dated: November 17, 2015       By: _____ /s/ Brent A. Robinson _____

26

27

LIBERATION LAW GROUP, P.C.

STIPULATION AND REQUEST; ORDER                           CASE NO. 15-cv-02667-JSW

1

ORDER

2    IT IS HEREBY ORDERED that the deadline for the parties to submit a joint status

3    report is continued from November 23, 2015 to February 22, 2015.

4    IT IS SO ORDERED.

5

6    Dated: November 24 , 2015                    _____

7                                                HON. JEFFREY S. WHITE

8                                                UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LIBERATION LAW GROUP, P.C.

3