Arlo García Uriarte (S.B.N. 231764)
Brent A. Robinson (S.B.N. 289373)
Liberation Law Group, P.C.
2760 Mission Street
San Francisco, CA 94110
brent@liberationlawgroup.com
(415) 695-1000 (office)
(415) 695-1006 (facsimile)

Counsel for Plaintiff
ERNIE RICARDO FERNANDEZ

Spencer C. Skeen, State Bar No. 182216
spencer.skeen@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak. & Stew Art, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

Becki D. Graham, State Bar No. 238010
becki.graham@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak. & Stewart, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Counsel for Defendant
BRINK'S INCORPORATED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ERNIE RICARDO FERNANDEZ, individually, on behalf of all others similarly situated, and on behalf of the general public, | Case No. 15-cv-02667-JSW |
| Plaintiff, | **Joint Status Report** |
| Versus | [~~Proposed~~] **Order** |
| BRINK'S INCORPORATED, a Delaware Corporation, and DOES 1-5, | Hon. Jeffrey S. White, Presiding |
| Defendants. | |

## Joint Status Report

On August 25, 2015, the Court ordered this matter stayed pending the outcome of a pending motion seeking final approval of a class action settlement in the matter of *Belew v. Brink's Incorporated* (S.D.Cal. Case No. 14CV1748 JAH JLB)(hereinafter *Belew*), and ordered the parties to submit a joint status report within 10 days of entry of the final approval order in *Belew*. (Dkt. 27.)

On October 29, 2015, the *Belew* court issued an order granting final approval of that class action's settlement. (A true and correct copy of the final approval order in *Belew* is attached as Exhibit A.) An objector to the *Belew* final approval order has appealed that decision, and that appeal is currently pending before the United States Court of Appeals for the Ninth Circuit.

On November 5, 2015, the parties stipulated to an order continuing to November 23 the deadline for the joint status report while the parties continued to meet and confer, including by exploring the prospect for settlement through mediation.

On November 18, 2015, the parties stipulated to a new order continuing to February 22, 2016 the deadline for a joint status report to allow the parties to mediate their dispute.

On February 4, 2016, the parties to this matter as well as counsel of record for the plaintiffs each of the following related matters attended mediation before Mr. Mark Rudy: *Stafford v. Brink's Incorporated* (C.D.Cal. Case No. 14-cv-01352-MWF-PLA); *Walker v. Brink's Global Services USA, Inc.* (C.D.Cal. Case No. 15-cv-08833-GW-KS); *Ceron v. Brink's Incorporated* (C.D.Cal. Case No. 2:15-CV-01129-JFW (JCx); and *Ceron v. Brink's Incorporated* (Los Angeles Super. Ct. Case No. BC576462. Unfortunately, the various parties were not able to reach a resolution of their disputes.

Subsequent to mediation, Plaintiff continues to be actively engaged in discussions with counsel in the related *Stafford*, *Walker*, and *Ceron* matters to explore questions of joint representation and consolidation in the outstanding California class and representative litigation against Defendant.

Accordingly, Plaintiff Ernie Ricardo Fernandez, by his attorneys of record, request that the Court defer any case management conference for 60 days and issue an order for the parties to file a further joint status report by April 22, 2016.  Defendant has no objection to Plaintiff's request.

February 22, 2016                        Liberation Law Group, P.C.


                                         By:        /s/ Brent A. Robinson
                                                   Brent A. Robinson
                                                 Counsel for Plaintiff


February 22, 2015       Ogletree, Deakins, Nash, Smoak. & Stewart, P.C.


                                         By:        /s/ Becki D. Graham
                                                   Becki D. Graham
                                                 Counsel for Defendant


                                Filer's Attestation

Pursuant to Civil Local Rules, rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated:  February 22, 2016          By:        /s/ Brent A. Robinson

# Order

It is hereby ordered that the parties file a joint status report by April 22, 2016. The parties' report shall set forth their positions on how this litigation should proceed.

It is so ordered.

Dated: February 23, 2016

*Jeffrey S. White*

Hon. Jeffrey S. White
United States District Judge